# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Gerald Steele,

   Plaintiff(s),        JUDGMENT IN A CIVIL CASE

vs.               3:12cv730 & 3:01cr216

USA,

   Defendant(s).


DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 5, 2012 Order.

Signed: November 5, 2012

Frank G. Johns, Clerk
United States District Court